[No. 1542.   Decided February 1, 1895.]

THE COLTON MERCANTILE COMPANY, *Respondent*, v.
LUELLA DUFF *et al.*, *Appellants*.

APPEAL — SUFFICIENCY OF PLEADING — OBJECTION NOT RAISED IN BRIEF.

Where there is no question before the court on appeal except the
sufficiency of the complaint and that point is not raised in appel-
lant's brief, the appeal will be dismissed.

*Appeal from Superior Court, Whitman County.*

*James W. Reid,* for appellants.

*Chadwick & Fullerton,* for respondent.

The opinion of the court was delivered by

HOYT, C. J.—Upon the hearing the purported state-
ment of facts was stricken from the record, leaving
for our consideration only the question of the suffi-
ciency of the pleadings.  It is claimed on the part of
appellants that they have raised the question of the
sufficiency of the complaint in their brief, but we are
unable to find anything therein which sufficiently
challenges the complaint to authorize us to enter into
an investigation as to its sufficiency.   See *Francioli v.
Brue,* 4 Wash. 124 (29 Pac. 928).

The judgment will be affirmed.

SCOTT, ANDERS, DUNBAR and GORDON, JJ., concur.